1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, SBN 214150
4  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-7169

7  PETER D. KEISLER
   Assistant Attorney General
8  MARK WALTERS
   Assistant Director
9  ELIZABETH J. STEVENS SBN 47445
   Trial Attorney
10 STEPHEN FLYNN SBN 31879
   Trial Attorney
11     Office of Immigration Litigation
       P.O. Box 878, Ben Franklin Station
12     Washington, D.C. 20044
       Telephone: (202) 616-9752
13     FAX: (202) 307-0592

14 Attorneys for Defendants

```
FILED
JUN - 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MARIA SANTILLAN, et al.,

   Plaintiffs,

   v.

ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF; Secretary for Department of Homeland Security; THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EDUARDO AGUIRRE, JR., USCIS Director; DAVID STILL, USCIS San Francisco District Director,

   Defendants.

No. C 04-2686-MHP

**STIPULATION TO EXTEND DATE FOR SERVICE OF NEW WRITTEN DISCOVERY AND TO EXTEND DATE FOR DEPOSITION DISCOVERY**

STIPULATION TO EXTEND DATE FOR SERVICE OF NEW WRITTEN DISCOVERY AND
TO EXTEND DATE FOR DEPOSITION DISCOVERY
C 04-2686-MHP                              1

1  In the event that this Court has not dismissed this action as of the relevant dates, Plaintiffs and defendants hereby jointly request Court approval to postpone the close of discovery. Plaintiffs and defendants request an extension of the date for service of written discovery requests to June 16, 2005, for the limited purpose of exchanging some additional, narrowly target, requests. The parties also jointly request an extension of the last day for deposition discovery from June 6 to July 30, 2005.

Neither party's interests will be prejudiced by granting the relief sought herein.

Wherefore, plaintiffs and defendants respectfully request this Court to enter an order approving their stipulation to postpone the close of discovery date currently set as June 7, 2005, to June 16, 2005, for service of written discovery requests, and to July 30, 2005, for deposition discovery.

For the Plaintiffs:

Dated: May 27, 2005

/s/
MICHELLE S. RHYU
mrhyu@cooley.com
COOLEY GODWARD LLP

For the Defendants:

Dated: May 27, 2005

/s/
ELIZABETH J. STEVENS
Elizabeth.Stevens@usdoj.gov
OFFICE OF IMMIGRATION LITIGATION

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Elizabeth Stevens hereby attests that concurrence in the filing of the document has been obtained.*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The close of discovery date currently set for June 7, 2005 is hereby EXTENDED to June 16, 2005, for written discovery requests and to July 30, 2005, for deposition discovery.

Dated: 5/31/05

Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DATE FOR SERVICE OF NEW WRITTEN DISCOVERY AND TO EXTEND DATE FOR DEPOSITION DISCOVERY
C 04-2686-MHP                             2