United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SANTILLAN, *et al.*,

        Plaintiffs,

    v.

ALBERTO R. GONZALES, Attorney General of the United States, *et al.*,

        Defendants.
_____/

No. C-04-2686 MHP (EMC)

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

    By letter dated July 6, 2005, named Plaintiffs MARIA SANTILLAN, FLORA RODRIGUEZ SANTILLAN, JAIME RODRIGUEZ SANTILLAN, ANGELA DESOUZA, MARCOS SOSA CARTAGENA, ZIBLER ISMAILI, ANITA LASBREY, ZOILA LOPEZ-GONZALEZ, RAFAELA VALDEZ PARRA and MARIA VALDA MOHAMAD, thru their counsel, Michelle S. Rhyu, Cooley Godward, requested to be excused from personally appearing at the settlement conference scheduled for July 11, 2005.

    Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that named Plaintiffs be available by telephone from 1:00 p.m. Pacific Time until further notice on July 11, 2005.

///
///
///
///
///

1   If the Court concludes that the absence of named Plaintiffs is impeding the settlement
2   conference, the Court may continue the settlement conference and may order personal attendance by
3   each party including MARIA SANTILLAN, FLORA RODRIGUEZ SANTILLAN, JAIME
4   RODRIGUEZ SANTILLAN, ANGELA DESOUZA, MARCOS SOSA CARTAGENA, ZIBLER
5   ISMAILI, ANITA LASBREY, ZOILA LOPEZ-GONZALEZ, RAFAELA VALDEZ PARRA and
6   MARIA VALDA MOHAMAD.

    IT IS SO ORDERED.

Dated: July 8, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge