COOLEY GODWARD LLP
JOHN C. DWYER (No. 136533)
MAUREEN P. ALGER (No. 208522)
MICHELLE S. RHYU (No. 212922)
REUBEN H. CHEN (No. 228725)
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF TEXAS
JAVIER N. MALDONADO (*Pro Hac Vice*)
DAVID A. ARMENDARIZ (*Pro Hac Vice*)
118 Broadway, Suite 502
San Antonio, TX 78205
Telephone: (210) 277-1603
Facsimile: (210) 225-3958

Attorneys for Plaintiffs
Santillan et al.

**FILED**

**JUL 2 0 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SANTILLAN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States et al,<br><br>Defendants. | Case No. C-04-2686 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Date: August 8, 2005**<br>**Time: 2:00 p.m.**<br>**Courtroom: 15** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

707012 v1/PA

1    Plaintiffs and Defendants hereby jointly request the Court to approve their stipulation to
2  amend the briefing schedule and hearing date for the pending cross motions for summary
3  judgment as follows:

4    Plaintiffs' Reply/Opposition brief         July 20, 2005
5    Joint Statement of Undisputed Facts        July 20, 2005
6    Defendants' Reply brief                    July 25, 2005
7    Hearing Date                               August 8, 2005

For the Plaintiffs:
Dated: July 11, 2005

/s/
Michelle S. Rhyu (mrhyu@cooley.com)
COOLEY GODWARD LLP

For the Defendants:
Dated: July 11, 2005

/s/
Elizabeth J. Stevens
(Elizabeth.Stevens@usdoj.gov)
OFFICE OF IMMIGRATION LITIGATION

*Filer's* Attestation: *Pursuant to General Order No. 45, Section X(B) regarding signatures, Michelle Rhyu hereby attests that concurrence in the filing of the document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 20, 2005

_____
Hon. Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

707012 v1/PA          1.          STIPULATION AND [PROPOSED] ORDER TO
                                  AMEND BRIEFING SCHEDULE FOR MSJs
                                  (CASE NO. C-04-2686 MHP)