1  COOLEY GODWARD LLP
   JOHN C. DWYER (No. 136533)
2  MAUREEN P. ALGER (No. 208522)
   MICHELLE S. RHYU (No. 212922)
3  REUBEN H. CHEN (No. 228725)
   Five Palo Alto Square, 3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Telephone:  (650) 843-5000
5  Facsimile:  (650) 857-0663

6  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   UNDER LAW OF TEXAS
7  JAVIER N. MALDONADO (*Pro Hac Vice*)
   DAVID A. ARMENDARIZ (*Pro Hac Vice*)
8  118 Broadway, Suite 502
   San Antonio, TX 78205
9  Telephone:  (210) 277-1603
   Facsimile:  (210) 225-3958
10
   Attorneys for Plaintiffs
11 Santillan et al.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 | MARIA SANTILLAN et al., on behalf of    | Case No.  C-04-2686 MHP
   | themselves and all others similarly situated, |
16 |                                          | **STIPULATION AND [PROPOSED]**
   |              Plaintiffs,                 | **ORDER AMENDING NOTICE AND**
17 |                                          | **ORDER SETTING FURTHER**
   |         v.                               | **SETTLEMENT CONFERENCE**
18 | ALBERTO GONZALES, Attorney General       |
   | of the United States et al,              | **Date: August 29, 2005**
19 |                                          | **Time: 9:30 a.m.**
   |              Defendants.                 | **Courtroom: 15**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

708363 v1/PA

Plaintiffs and Defendants hereby jointly request the Court to approve their stipulation to reset the date of the next Settlement Conference before Magistrate Judge Chen. The parties request that the next conference be rescheduled for August 29, 2005 at 9:30AM, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. This stipulation would supercede the Court's August 1, 2005 Notice and Order.

For the Plaintiffs:
Dated: August 1, 2005

/s/
Michelle S. Rhyu (mrhyu@cooley.com)
COOLEY GODWARD LLP

For the Defendants:
Dated: August 1, 2005

/s/
Elizabeth J. Stevens
(Elizabeth.Stevens@usdoj.gov)
OFFICE OF IMMIGRATION LITIGATION

*Filer's* Attestation*: Pursuant to General Order No. 45, Section X(B) regarding signatures, Michelle Rhyu hereby attests that concurrence in the filing of the document has been obtained.*

Further Settlement Conference statements shall be lodged by August 22, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 2, 2005

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

Edward M. Chen
UNITED STATES MAGISTRATE JUDGE