FILED

SEP 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD LLP
JOHN C. DWYER (No. 136533) (jdwyer@cooley.com)
MAUREEN P. ALGER (No. 208522) (malger@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
REUBEN H. CHEN (No. 228725) (rchen@cooley.com)
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF TEXAS
JAVIER N. MALDONADO (*Pro Hac Vice*)
(jmaldonado@txlawyerscommittee.org)
118 Broadway, Suite 502
San Antonio, TX 78205
Telephone: (210) 277-1603
Facsimile: (210) 225-3958

Attorneys for Plaintiffs
Santillan, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SANTILLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO R. GONZALES, Attorney General of the United States; et. al., <br><br> Defendants. | Case No. C-04-2686 MHP <br><br> [PROPOSED] ORDER GRANTING WITHDRAWAL OF ATTORNEY <br><br> CLASS ACTION |

IT IS HEREBY ORDERED THAT David A. Armendariz is granted permission to withdraw and is hereby deemed withdrawn from representation of Plaintiffs Santillan et al.

IT IS SO ORDERED

Dated: September 25, 2005

_____
Hon. Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. C-04-2686 MHP