United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SANTILLAN, et al., on behalf of themselves
and others similarly situated,

                   Plaintiffs,

v.

ALBERTO R. GONZALES, Attorney General of the
United States; MICHAEL CHERTOFF, Secretary of
the Department of Homeland Security; THE UNITED
STATES CITIZENSHIP AND IMMIGRATION
SERVICES (USCIS); EDUARDO AGUIRRE, JR.,
USCIS Director; DAVID STILL, USCIS San Francisco
District Director,

                   Defendants.

No. C 04-02686 MHP

**MEMORANDUM & ORDER**
**Re: Judgment**

       Plaintiffs Maria Santillan, et al. represent a class of persons who have been or will be granted

lawful permanent resident status by the Justice Department's Executive Office of Immigration

Review and to whom the United States Citizenship and Immigration Services has failed to issue

evidence of status as a lawful permanent resident.  On December 22, 2005 this court entered a

permanent injunction requiring defendants to commence timely processing of plaintiffs' status

documentation.  Santillan v. Gonzales, No. C 04-02686 MHP, 2005 WL 3542661 (N.D. Cal. Dec.

22, 2005).  Now before the court is plaintiffs' request for entry of a final judgment pursuant to

Federal Rule of Civil Procedure 58.

1

1    Having reviewed the current posture of the lawsuit and record before the court, the court

2    concludes that it is not necessary to enter a final judgment at this time.  The harm which is the

3    subject of this lawsuit is ongoing, and the absence of a final judgment will not impair the parties'

4    legal rights.  Plaintiffs' request for entry of judgment is therefore DENIED.

6    IT IS SO ORDERED.

9    Date: January 30, 2006

11   MARILYN HALL PATEL
     United States District Judge
     Northern District of California

**United States District Court**

For the Northern District of California

2