1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   SANTILLAN ET AL,                          No. C 04-02686 MHP

12              Plaintiff(s),                   **ORDER**

13     v.

14   ASHCROFT ET AL,

15              Defendant(s).
     _____/
16

17        This matter having been stayed pending other proceedings, and there being no further reason

18   at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to

19   submit a JS-6 Form to the Administrative Office.

20        Nothing contained in this minute entry shall be considered a dismissal or disposition of this

21   action and, should further proceedings in this litigation become necessary or desirable, any party

22   may initiate it in the same manner as if this entry had not been entered.

23

24   Dated: February 14, 2006                    _____
                                                  MARILYN HALL PATEL
25                                                United States District Judge

26

27

28

**United States District Court**
For the Northern District of California